# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1339

_____

United States,                          *
                                        *
              Appellee,                 *
                                        *   Appeal from the United States
        v.                              *   District Court for the
                                        *   Northern District of Iowa.
Manolo Perez-Lopez,                     *
                                        *   [UNPUBLISHED]
              Appellant.                *

_____

Submitted: November 15, 2007
Filed: November 30, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Manolo Perez-Lopez appeals the 18-month prison sentence the district court[1] imposed after he pleaded guilty to transporting illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), (B)(i). Counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

We disagree. Our review of the record convinces us that the district court did not abuse its discretion in sentencing Perez-Lopez at the top of the undisputed

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

advisory Guidelines imprisonment range, and that in doing so the court properly considered relevant sentencing factors, including the seriousness of transporting 11 aliens and Perez-Lopez's repeated illegal entries into the United States. See 18 U.S.C. § 3553(a)(1) (nature and circumstances of offense, history and characteristics of defendant), (2)(A) (need for sentence to reflect seriousness of offense); United States v. Haack, 403 F.3d 997, 1003-04 (8th Cir. 2005) (discussing reasonableness review).

After reviewing the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel leave to withdraw, and we affirm.

_____